FILED
CLERK, U.S. DISTRICT COURT

OCT 2 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GEORGE HERNADEZ<br>    Defendant. | Case No.: CR 92-00161<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD Cal___ for alleged violation(s) of the terms and conditions of his/~~her~~ [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no evid. by D; nature of charges, including FTA's___

1  _no interview, no ms. for bail; no indication of_
2  _stable residence_
3
4      and/or
5  B.  (X) The defendant has not met his/her burden of establishing by
6      clear and convincing evidence that he/~~she~~ is not likely to pose
7      a danger to the safety of any other person or the community if
8      released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9      on: _no evid by Δ; previous violations; cin. hist-_
10
11
12
13
14     IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated: __10/20/11__
18
19                                  _____
20                                  RALPH ZAREFSKY
                                    UNITES STATES MAGISTRATE JUDGE

2